## Commonwealth ex rel. Neeley *v.* Neeley, Appellant.

Argued December 8, 1972. *Joseph P. Phelps, Jr.,* with him *Koch, Phelps and Salus,* for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, with him *J. David Bean,* Assistant District Attorney, *William T.*

*Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for appellee.

Order affirmed.